# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Tejeda, | NO. CV-23-01497-PHX-JJT |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| Boston Market Corporation, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, Plaintiff Tejeda will be entitled to default judgment and default judgment is hereby entered in the amount of $20,160 against Defendant Boston Market Corporation, for which Defendant Boston Market Corporation shall be fully liable. Of that $20,160, Defendants Boston Market Corporation, Jignesh Pandya, and Mital Pandya shall be liable for $14,403.60, jointly and severally.

Opt-In Plaintiffs Heintzelman, Hagenson, and Lopez shall each be entitled to default judgment in the amount of $2,610, for which Defendants Boston Market Corporation, Jignesh Pandya, and Mital Pandya shall be liable, jointly and severally.

Opt-In Plaintiffs Medina, Neal, and Perez shall each be entitled to default judgment in the amount of $3,045, for which Defendants Boston Market Corporation, Jignesh Pandya, and Mital Pandya shall be liable, jointly and severally.

Debra D. Lucas
District Court Executive/Clerk of Court

December 20, 2023

By   s/ Kathren Gray
     Deputy Clerk