# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Tejeda,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Boston Market Corporation, et al.,<br><br>　　　　Defendants. | NO. CV-23-01497-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 6, 2024, Defendants shall be jointly and severally liable to Plaintiff for $28,996.13 in fees, costs and future collect expenses as set forth in the Order, plus interest accruing at the statutory rate of 4.79% per annum on that amount from the date of the Order. The complaint and action are terminated.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 6, 2024

　　　　　　　　　　　　　　　　s/ Kathren Gray
　　　　　　　　　　　　　　By　Deputy Clerk